```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TREVOR LEANDER STANLEY,                      :
                                             :
                Plaintiff,                   :
                                             :
    -against-                                :         **ORDER**
                                             :         19 CV 10888 (KNF)
SHAKIEMA DIXON,                              :
                                             :
                Defendant.                   :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
```

The conference scheduled previously for April 9, 2020, shall be held via telephone. The parties shall use call-in number (888) 557-8511 and then enter access number 4862532. Please send the conference questionnaire on or before April 7, 2020, to Laura Midwood, via email, to laura_midwood@nysd.uscourts.gov.

Dated: New York, New York          SO ORDERED:
       April 6, 2020

                                   _____
                                   KEVIN NATHANIEL FOX
                                   UNITED STATES MAGISTRATE JUDGE