UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TREVOR LEANDER STANLEY,                        :
                                               :
       Plaintiff,                             :
                                               :
       -against-                              :     **ORDER**
                                               :     19 CV 10888 (KNF)
SHAKIEMA DIXON,                                :
                                               :
       Defendant.                             :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic status conference was held with counsel to the respective parties on November 10, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

      1. the time for completing all pretrial discovery activities is enlarged to January 29, 2021;

      2. any dispositive motion shall be filed on or before February 26, 2021;

      3. the response to any such motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court; and

      4. if no dispositive motion is made, the parties shall submit their joint pretrial order to the Court on or before February 26, 2021.

Dated:  New York, New York           SO ORDERED:
           November 10, 2020

                                                                     */s/ Kevin Nathaniel Fox*
                                                     KEVIN NATHANIEL FOX
                                                     UNITED STATES MAGISTRATE JUDGE